UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PAUL HARVEY | |
| Plaintiff, | NO.  2:15-cv-00004-SAB |
| v. | |
| PUBLIC UTILITY DISTRICT #2 OF | **ORDER DENYING MOTION** |
| GRANT COUNTY d/b/a/ GRANT | **FOR PROTECTIVE ORDER** |
| COUNTY PUD | |
| Defendant. | |

Before the Court is Parties' Stipulated for Protective Order. ECF No. 29. This motion was heard without oral argument.

The parties ask the Court to sign a Protective Order that was drafted and agreed to by the parties. It is this Court's practice to not enter general Protective Orders that simply set forth the parties' agreement for handling "confidential" materials.

The parties are free to contract between themselves regarding disclosure of information produced in discovery, and pursue appropriate remedies in the event of breach; however, the Court will not be party to such an agreement. If, in the future, the parties wish to file specific items of discovery in the court record and protect such items from public access, the Court will entertain an application for a narrowly tailored protective order.

**ORDER DENYING MOTION FOR PROTECTIVE ORDER** # 1

Accordingly, **IT IS HEREBY ORDERED:**

    **1.**  Parties' Stipulation for Protective Order, ECF No. 29, is **DENIED**.

    **IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel.

    **DATED** this 27th day of April 2016.



Stanley A. Bastian
United States District Judge

**ORDER DENYING MOTION FOR PROTECTIVE ORDER** # 2